# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JERMAINE ZACK SELLOW, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV415-245 |
| WARDEN, Effingham County Jail, | ) ) ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

This district judge re-referred Jermaine Zack Sellow's 28 U.S.C. § 2254 petition upon his Objection to the Court's Report and Recommendation advising dismissal on exhaustion grounds. Doc. 5. Sellow had argued that *his* assertion that he had taken a direct appeal of his aggravated stalking and trespass was incorrect. *Id.* at 1. So, the judge directed the undersigned "to assess the petition in light of the objections." *Id.* at 2.

That Order was served upon Sellow, but it has come back as undeliverable, with no forwarding address. Doc. 6. Per Local Rule 11.1, it was his continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even

communicate with him. And the Court will not waste the State's resources by requiring it to respond to a possibly abandoned § 2254 motion.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, Jermaine Zack Sellow's § 2254 petition should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

**SO REPORTED AND RECOMMENDED**, this 20th day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA