# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JERMAINE ZACK SELLOW, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV415-245 |
| WARDEN, Effingham County Jail, | ) ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

This Court vacated its prior Report and Recommendation and directed the Attorney General to respond to Jermaine Zack Sellow's 28 U.S.C. § 2254 motion. Doc. 11. That Order was served upon Sellow but has come back as undeliverable, with no forwarding address. Doc. 12. Per Local Rule 11.1, it was his continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with him. And the Court will not waste the State's resources by requiring it to respond to a possibly abandoned § 2254 petition.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, Jermaine Sellow's

2255 motion should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989).

**SO REPORTED AND RECOMMENDED**, this __29th__ day of February, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA