IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERMAINE ZACK SELLOW, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV415-245
 )
WARDEN, Effingham County Jail, )
 )
    Respondent. )
 )
 )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] (Doc. 13.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 Petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] After initially being returned as undeliverable, the Court mailed the report and recommendation to Petitioner at a second address. (Doc. 15.)